FILED

2017 MAR 29 AM 10: 24

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) CASE NO. 1:17 CR 114 |
| v. | ) JUDGE BOYKO |
| | ) Title 18, Sections 922(g)(1), |
| NICHOLAS MARTIN, | ) United States Code |
| Defendant. | ) |

The Grand Jury charges:

On or about March 2, 2017, in the Northern District of Ohio, Eastern Division, NICHOLAS MARTIN, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being, Trafficking in Drugs, in Case Number CR-08-506942-B, in the Cuyahoga County Common Pleas Court, on or about June 26, 2008, Trafficking in Drugs, in Case Number CR-08-506258-A, in the Cuyahoga County Common Pleas Court, on or about June 26, 2008, Trafficking in Drugs, in Case Number CR-03-441202-ZA, in the Cuyahoga County Common Pleas Court, on or about June 18, 2005, and Improper Discharge of Firearm into Habitation, in Case Number CR-04-452514-ZA, in the Cuyahoga County Common Pleas Court, on or about January 18, 2005, did knowingly possess in and

affecting interstate commerce a firearm, to wit: a SCCY, Model CPX-2, 9mm pistol, serial number 246659, and ammunition, in violation of Title 18, Sections 922(g)(1), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.